# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

| | | |
|---|---|---|
| **WILLIAM JEFFREY TARKINGTON,** | ) | **Davidson Circuit** |
| | ) | **No. 96D-1512** |
| **Plaintiff/Appellant,** | ) | |
| | ) | |
| **VS.** | ) | **Appeal No.** |
| | ) | **01A01-9706-CV-00270** |
| **REBECCA JUANITA TARKINGTON,** | ) | |
| | ) | |
| **Defendant/Appellee.** | ) | |

**O R D E R**

**FILED**

**February 20, 1998**

**Cecil W. Crowson
Appellate Court Clerk**

The appellant has filed a respectful petition to rehear which has been duly considered and is respectfully denied.


ENTER _____


_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE